

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

Bonded Builders Home Warranty Association of Texas d/b/a Bonded Builders Warranty Group, Daniel Avila, Grisel Edith Arizpe, and AA Builders, LLC,.

§ No. 08-14-00090-CV

§ Appeal from the

§ 327th District Court

Appellant's,

§ of El Paso County, Texas

v.

§ (TC# 2013DCV4125)

Patricia Rockoff,

§

Appellee.

## O R D E R

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **November 10, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John P. Mobbs, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before November 10, 2014.

IT IS SO ORDERED this 15th day of October, 2014.

PER CURIAM